**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERLA N. JONES, et al., | No. CIV S-08-1399-FCD-CMK |
| Petitioners, | |
| vs. | ORDER |
| SURPRISE VALLEY SKILLED NURSING FACILITY, | |
| Respondent. | |
| _____/ | |

Petitioners, who are proceeding pro se, bring this action seeking a writ of habeas corpus. Petitioners have not, however, filed an application to proceed in forma pauperis or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioners will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee. Petitioners are warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioners shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

2. The Clerk of the Court is directed to send petitioners a new form Application to Proceed In Forma Pauperis.

DATED: July 17, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE