IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERLA N. JONES, et al., | No. CIV S-08-1399-FCD-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| SURPRISE VALLEY SKILLED NURSING FACILITY, | |
| Defendant. | |
| _____/ | |

Plaintiffs, who are proceeding pro se, bring this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On September 24, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.[1]

///

---

[1] The findings and recommendations were turned to the court with the notation: "Refused, please return to sender."

1

1    The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.
3    Accordingly, IT IS HEREBY ORDERED that:
4    1.   The findings and recommendations filed September 24, 2008, are adopted
5 in full;
6    2.   This action is dismissed, without prejudice, for lack of prosecution and
7 failure to comply with court rules and orders; and
8    3.   The Clerk of the Court is directed to enter judgment and close this file.
9 DATE: November 13, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE